No. 98–9238. DUNCAN v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 98–9239. SARVEY v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 98–9243. LYNES v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 98–9244. JOHNSON v. STUBBLEFIELD, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 98–9245. JEFFERIES v. ANDREWS. C. A. 4th Cir. Certiorari denied.

No. 98–9247. RAYAS MEJIA v. COLE ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–9250. THOMAS v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 98–9257. OLSON ET UX. v. CHRISTIAN COUNTY PLANNING AND ZONING ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–9259. JACKSON v. TOWN OF JONESBORO ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–9265. STEWARD v. UNITED STATES; and
No. 98–9286. HARRIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 154 F. 3d 1082 and 163 F. 3d 608.

No. 98–9268. ALEXANDER v. CATOE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–9269. ALEXANDER v. DOE ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–9272. WEAVER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–9276. COPENHEFER v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.